UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DART BANK, | ) | |
|        Plaintiff, | ) | |
| | ) | No. 1:22-cv-761 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| JPMORGAN CHASE BANK, N.A., | ) | |
|        Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court concluded that the parties reached a settlement agreement and has granted cross-motions seeking to enforce the agreement. As part of the settlement agreement, the parties agreed that this lawsuit would be dismissed without prejudice. Having resolved all pending claims, and as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:   July 13, 2023                                        /s/ Paul L. Maloney
                                                                                      Paul L. Maloney
                                                                                     United States District Judge