UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LARRY WALKER,

        Petitioner,         Case No. 1:23-cv-696

v.         Honorable Paul L. Maloney

CHRIS KING,

        Respondent.
_____/

## JUDGMENT

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency and for want of prosecution.

Dated:   July 13, 2023                       /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                 United States District Judge